April 2, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

TERRENCE MANN AND EVELYN MANN, Appellants

NO. 14-13-01069-CV                 V.

KENDALL HOME BUILDERS CONSTRUCTION PARTNERS I, LTD.,
Appellee

_____

       This cause, an appeal from the sanctions order signed October 28, 2013 in favor of appellee Kendall Home Builders Construction Partners I, Ltd., was heard on the transcript of the record. We have inspected the record and find that the trial court erred in sanctioning appellants Terrence and Evelyn Mann. We therefore order the ruling of the court below **REVERSED** and **RENDER** an order denying the motion for sanctions, leaving intact the trial court's judgment of September 23, 2013 dismissing the Manns' claims for want of prosecution.

       We further order that all costs incurred by reason of this appeal be paid by appellee Kendall Home Builders Construction Partners I, Ltd.

       We further order this decision certified below for observance.